UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY and LAURIE BISI,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA,<br><br>Defendant. | No.  2:25-cv-1075-DJC-SCR<br><br><br><br>ORDER |

Plaintiffs are proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On September 10, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 12.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

////

////

1. The findings and recommendations filed September 10, 2025, are adopted in full;

2. This action and its Complaint (ECF No. 1) are DISMISSED WITH PREJUDICE;

3. The Clerk shall enter Judgment and close this case.

IT IS SO ORDERED.

Dated: **October 22, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Bisi1075.801

2